UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM ENGLAND, | ) | |
| Petitioner, | ) | 3:11-cv-00059-ECR-VPC |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Before the court is respondents' motion to dismiss. (ECF No. 10.) Petitioner has filed a non-opposition to the motion and has countermoved to dismiss his petition without prejudice. (ECF No. 12.) Petitioner concedes that the grounds in his petition are not yet exhausted.

**IT IS THEREFORE ORDERED** that respondents' motion to dismiss (ECF No. 10) is **GRANTED.**

**IT IS FURTHER ORDERED** that the petition is **DISMISSED without prejudice** as wholly unexhausted.

1     **IT IS FURTHER ORDERED** that the Clerk is directed to enter judgment accordingly.

5     DATED this 11th day of July 2011.

*Edward C. Reed*
_____
UNITED STATES DISTRICT JUDGE