AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

WILLIAM ENGLAND,

       Petitioner,

V.

HOWARD SKOLNIK, et al.,

       Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER 3:11-cv-00059-ECR-VPC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss [10] is GRANTED. IT IS FURTHER ORDERED that the petition is DISMISSED without prejudice as wholly unexhausted.

July 12, 2011

                                               **LANCE S. WILSON**
                                                    Clerk

                                               /s/ M. Campbell
                                               Deputy Clerk